An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAREN R. DICKERSON; AND VELMA J. DICKERSON,
Appellants,
vs.
JP MORGAN CHASE BANK, N.A.,
Respondent.

No. 61195

**FILED**

MAY 20 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malave_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation seeking to dismiss this appeal. Having reviewed the stipulation, we approve it. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.[1]

_Pickering_____, C.J.

cc:    Hon. Patrick Flanagan, District Judge
       Mark L. Mausert
       Smith Larsen & Wixom
       Washoe District Court Clerk

---

[1]In light of this order, we deny as moot the parties' April 17, 2013, joint motion for an extension of time to file the answering brief.

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 14779